Leopoldo SALINAS, Petitioner–
Appellant,

v.

The U.S. MARSHALS SERVICE; U.S.
Parole Commission, Respondents–
Appellees.

No. 04–20427.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Nov. 11, 2004.

Leopoldo Salinas, Houston, TX, pro se.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

James Lee Turner, Assistant U.S. Attorney, Houston, TX, for Respondents–Appellees.

Before JONES, BARKSDALE, and PRADO, Circuit Judges.

PER CURIAM: *

Leopoldo Salinas filed a 28 U.S.C. § 2241 petition in the district court challenging his confinement based on the validity of a federal warrant and on the computation of his sentence. The district court dismissed Salinas' petition for lack of jurisdiction due to his failure to exhaust administrative remedies. Salinas has since been released from federal custody.

This court is obligated to address issues of jurisdiction, including mootness, prior to addressing the merits of an appeal. *Goldin v. Bartholow*, 166 F.3d 710, 714 (5th Cir.1999). Because Salinas has already been released from federal custody, there is no relief this court can grant, and Salinas' appeal is DISMISSED as moot. *See Schlang v. Heard*, 691 F.2d 796, 799 & n. 6 (5th Cir.1982).

**DISMISSED.**

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.